UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Michael Hartnett,

                                    Plaintiff,

              -against-

Cohen & Slamowitz, LLP,

                                    Defendant.
-------------------------------------------------------X

Civil Action No.: 1:14-cv-00990

**NOTICE OF SETTLEMENT**

      Plaintiff Michael Hartnett, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. The parties specifically request that the Conference date of July 8th, 2014 be stricken.

4. Plaintiff shall file a Notice of Dismissal within thirty (30) days.

Dated:  New York, New York
           July 7th, 2014

10

    Respectfully submitted,

By: <u>s/ *Jake Bedor*</u>
    Jake Bedor, Esq.
    Fredrick Schulman & Associates
    Attorneys at Law
    30 East 29TH Street
    New York, New York 10016
    (212) 796-6053 - phone
    (212) 951-7379 - fax
    info@fschulmanlaw.com