July 9th, 2014

VIA ECF
The Honorable Sandra J. Feuerstein
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re: Michael Hartnett v Cohen & Slamowitz, LLP
            Case No. 1:14-cv-00990

Dear Judge Curtin:

    I write to inform you that I, Jake William Bedor, will no longer be handling this matter for our office. I request that my appearance as counsel for Plaintiff be withdrawn. Fredrick Schulman from our firm will continue to handle the case.

    Thank you for your attention to this matter.

                              Respectfully submitted,

                              /s/ Jake William Bedor
                              Jake William Bedor
                              Fredrick Schulman & Associates
                              Attorneys at Law
                              30 East 29th Street
                              New York, NY 10016
                              (212) 796-6053 – Tel
                              (212) 951-7379 – Fax
                              info@fschulmanlaw.com